```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
 3  Assistant United States Attorney
    Chief, Criminal Division
 4  STEVEN R. WELK
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
 6  JONATHAN GALATZAN
    California Bar No. 190414
 7  Assistant United States Attorney
    Asset Forfeiture Section
 8      Federal Courthouse, 14th Floor
 9      312 North Spring Street
        Los Angeles, California 90012
10      Telephone: (213) 894-2727
        Facsimile: (213) 894-0142
11      E-mail: Jonathan.Galatzan@usdoj.gov
12
    Attorneys for Plaintiff
13  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>            v.                   )<br>                                  )<br>ONE H&K SEMI-AUTOMATIC PISTOL,   )<br>SERIAL NUMBER 2116432, ONE       )<br>SPECTRE SEMI-AUTOMATIC PISTOL,   )<br>SERIAL NUMBER KB892, ONE MK 760  )<br>SEMI-AUTOMATIC RIFLE RECEIVER,   )<br>SERICAL NUMBER R586, AND ONE MK  )<br>760 SEMI-AUTOMATIC PISTOL,       )<br>SERIAL NUMBER R561,              )<br>                                  )<br>         Defendants.             )<br>                                  )<br>_____ ) | NO. EDCV 19-00274<br><br><u>COMPLAINT FOR FORFEITURE</u><br><br>26 U.S.C. § 5872<br><br>[A.T.F.] |

For its claims against the defendants One H&K Semi-Automatic Pistol, serial number 2116432, One Spectre Semi-Automatic Pistol, serial number KB892, One MK 760 Semi-Automatic Rifle Receiver, serial number R586, and One MK 760 Semi-Automatic Pistol, serial number R561 (collectively, the "defendant firearms"), plaintiff United States of America alleges as follows:

JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 26 U.S.C. § 5872.

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendants are One H&K Semi-Automatic Pistol, serial number 2116432, One Spectre Semi-Automatic Pistol, serial number KB892, One MK 760 Semi-Automatic Rifle Receiver, serial number R586, and One MK 760 Semi-Automatic Pistol, serial number R561 seized on January 5, 2018 from the Lake Elsinore, California, residence of Raymond Luddine ("Luddine").[1]

6. The defendant firearms are currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")

---

[1] Pursuant to Local Rule 5.2-1, only the city and state of residence addresses are set forth in this Complaint.

in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of the RM Luddine Irrevocable Special Needs Trust, Brandon R. Luddine Trustee and Raymond Luddine may be adversely affected by these proceedings.

## EVIDENCE SUPPORTING FORFEITURE

8. On January 5, 2018, the ATF conducted an investigation and inspection of Federal Firearms Licensee #9-33-065-0107G034590 operated by Raymond Luddine at his Lake Elsinore, California residence. As a result of the inspection, ATF agents seized the defendant firearms for violations of the National Firearms Act ("NFA"), 26 U.S.C. § 5801, *et seq.*, which applies to certain particularly dangerous firearms such as machineguns and silencers. NFA firearms must be registered with the ATF. 26 U.S.C. § 5841. In addition, the NFA makes it unlawful for any person to receive or possess a firearm transferred to such person in violation of the NFA or to receive or possess any firearm which is not registered to such person in the National Firearms Registration and Transfer Record ("NFRTR"). 26 U.S.C. § 5861(b) and (d).

9. No firearms, as defined by the NFA, were registered in the NFRTR to Raymond Luddine or the trust in which he is the trustee (*i.e.*, the Luddine Irrevocable Special Needs Trust). The Defendants One H&K Semi-Automatic Pistol, serial number 2116432 and One Spectre Semi-Automatic Pistol, serial number KB892 are firearms as defined by the NFA, 26 U.S.C. § 5845(a),

3

because they meet the definition of "any other weapon" as defined in 26 U.S.C. § 5845(e).  The Defendants One MK 760 Semi-Automatic Rifle Receiver, serial number R586 and One MK 760 Semi-Automatic Pistol, serial number R561 are firearms as defined by the NFA, 26 U.S.C. § 5845(a), because they are machineguns as defined in 26 U.S.C. § 5845(b).

10.  Based on the above, plaintiff alleges that the defendant firearms are involved in one or more violations of 26 U.S.C. § 5861, and are therefore subject to forfeiture pursuant to 26 U.S.C. § 5872.

WHEREFORE, plaintiff United States of America prays:

(a)  that due process issue to enforce the forfeiture of the defendant firearms;

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)  that this Court decree forfeiture of the defendant firearms to the United States of America for disposition according to law; and

//

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: February 12, 2019    NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, Valerie H. Atwood, hereby declare that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and I am the case agent for the forfeiture matter entitled <u>United States of America v. One H&K Semi-Automatic Pistol, serial number 2116432, et al</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 6, 2019 in RIVERSIDE, California.

*/s/ Valerie H. Atwood*
VALERIE ATWOOD
Special Agent, ATF

6