# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE H&K SEMI-AUTOMATIC PISTOL, SERIAL NUMBER 2116432, et al., <br><br> Defendants. | Case No.: EDCV 19-00274-CJC(SPx) <br><br><br> JUDGMENT |

On December 4, 2018, the government filed a Verified Complaint for forfeiture as to Defendants One H&K Semi-Automatic Pistol, serial number 2116432, One Spectre Semi-Automatic Pistol, serial number KB892, One MK 760 Semi-Automatic Rifle Receiver, serial number R586, and One MK 760 Semi-Automatic Pistol, serial number R561 (collectively, the "Defendant Firearms") pursuant to 26 U.S.C. § 5872. A Default

by Clerk was entered on May 24, 2019, against the interests of known potential claimants Raymond Luddine, RM Luddine Irrevocable Special Needs Trust, and Brandon R. Luddine, and all other potential claimants. The Court having been duly advised of and having considered the matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.
2. The Complaint states a claim for relief pursuant to 26 U.S.C. § 5872.
3. Notice of this action has been given in the manner required by law. No claim or answer was filed in this action by any claimant. The Court deems that all potential claimants, including Raymond Luddine, RM Luddine Irrevocable Special Needs Trust, and Brandon R. Luddine, admit the allegations of the Complaint to be true.
4. A default judgment shall be and hereby is entered against the interests of all potential claimants, including Raymond Luddine, RM Luddine Irrevocable Special Needs Trust, and Brandon R. Luddine, in the Defendant Firearms.
5. The Defendant Firearms shall be and hereby are forfeited to the United States of America, which shall dispose of the Defendant Firearms in the manner required by law.
6. The Court finds there was reasonable cause for the seizure of the Defendant Firearms, and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

DATED: July 15, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE